UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EBRIMA SAMBOU,

     Plaintiff,                         Case No. 25-cv-12153
                                       Honorable Linda V. Parker

v.

DEARBORN HOSPITALITY, LLC,
LEVEL HOSPITALITY GROUP,
ROGER YOUNG, RICHARD ROSER,
KAYLEIGH CLARK, BALA PALANISAMY,
LEVEL HOSPITALITY LLC, AVADHESH
AGARWAL, and DEARBORN
OPERATIONS, LLC,

     Defendants.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE JUDGE'S
DECEMBER 2, 2025 REPORT & RECOMMENDATION AND SUA
SPONTE DISMISSING THE INDIVIDUAL DEFENDANTS**

Plaintiff commenced this employment discrimination lawsuit against

Defendants on July 15, 2025.  (ECF No. 1.)  The matter has been assigned to

Magistrate Judge Elizabeth A. Stafford for all pretrial proceedings, including a

hearing and determination of all non-dispositive matters pursuant to 28 U.S.C.

§ 636(b)(1)(A) and/or a report and recommendation on all dispositive matters

pursuant to 28 U.S.C. § 636(b)(1)(B).  (ECF No. 8.)  On October 23, 2025,

Magistrate Judge Stafford issued an order requiring Plaintiff to show cause as to

why his claims against the remaining individual Defendants in this matter (Roger

Young, Richard Roser, Avadhesh Agarwal, and Bala Palanisamy) should not be dismissed pursuant to *Wathen v. Electric Company*, 115 F.3d 400, 405 (6th Cir. 1997). (ECF No. 20.) The deadline for Plaintiff to respond to the show cause order was November 11, 2025.

Plaintiff timely responded, indicating that he would like to withdraw his claims against the individuals. (ECF No. 21.) Therefore, on December 2, 2025, Magistrate Judge Stafford issued a Report and Recommendation (R&R) recommending that Plaintiff's claims against them be dismissed. (ECF No. 22.)

At the conclusion of the R&R, Magistrate Judge Stafford advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. She further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*) Neither party filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Stafford. The Court therefore adopts the R&R.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims against Defendants Roger Young, Richard Roser, Avadhesh Agarwal, and Bala Palanisamy are **DISMISSED WITH**

**PREJUDICE** and these individuals are **TERMINATED** from this action.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: December 22, 2025

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, December 22, 2025, by electronic and/or U.S. First Class mail.

s/Aaron Flanigan
Case Manager